UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 6:13-cr-00050-GFVT-HAI-8 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM STEFAN NAPIER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition as to a Reported Violation of Supervised Release filed by United States Magistrate Judge Hanly A. Ingram. [R. 410.] The recommendation instructed the parties to file any specific written objections within fourteen (14) days after being served with the decision, or else waive the right to further review. *Id.* at 9. The Defendant has not objected and the time to do so has passed. The Defendant has filed a waiver of his right of allocution. [R. 411.]

Upon review, the Court is satisfied that Defendant Napier knowingly and competently stipulated to the charged violations and that an adequate factual basis supports the stipulations as to each essential element of the violations charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommended Disposition **[R. 410]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant William Napier is **ADJUDGED** guilty of the Violations; and

3.  The Defendant's supervisory period is **REVOKED** with a term of incarceration of **eighteen (18) months**, with no additional supervision upon release.

This the 11th day of December, 2024.

Gregory F. Van Tatenhove
United States District Judge